**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          *In re Rosemary Margenau*

Appellate case number:        01-15-00776-CV

Trial court case number:      2015-04673J

Trial court:                  314th District Court of Harris County


On September 10, 2015, relator Rosemary Margenau filed a petition for writ of mandamus challenging the trial court's August 26, 2015 "Temporary Order Following Adversary Hearing." The Court requests a response to the petition for writ of mandamus from the real parties in interest. *See* TEX. R. APP. P. 49.2. The response is **due** no later than **5:00 p.m.** on **Friday, September 25, 2015**.

It is so **ORDERED**.


Judge's signature: _/s/ Michael Massengale_
                     Acting individually


Date: _September 15, 2015_